IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * CRIMINAL NO. 11-00004-CG |
| v. | * |
| | * |
| **CODY RYAN BURGETT** | * |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled case, the United States sought forfeiture of property which represented equipment used to produce counterfeit currency by defendant **CODY RYAN BURGETT**, pursuant to Title 18, United States Code, Section 492;

AND WHEREAS, based upon the Indictment, the Plea Agreement entered on March 9, 2011 (Doc. 10), and the guilty plea entered into between the United States and defendant **CODY RYAN BURGETT**, and for the reasons stated, it is hereby;

ORDERED, ADJUDGED AND DECREED, that in a accordance to Title 18, United States Code, Section 492, and Federal Rule of Criminal Procedure 32.2(b), the interest of the defendant, **CODY RYAN BURGETT** in the property identified as follows is hereby condemned and forfeited to the United States for disposition according to law:

**(1) One HP computer tower, serial number CNH721123;**

**(2) One HP monitor, serial number CNC720PNJX; and**

**(3) One DeskJet 2050 printer/scanner/copier, serial number CN0802J00R;**

**all of which were seized from 20500 Dubose Road, Summerdale, Alabama on or about January 11, 2011.**

AND WHEREAS, by virtue of said guilty plea and said Plea Agreement, the United

States is now entitled, pending possible appeal herein, to reduce the said property to its possession and notify any and all potential third parties who have or may have an interest in the forfeited property, pursuant to Title 21, United States Code, Section 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED**:

That based on the Plea Agreement, the factual resume, the guilty plea, and Fed.R.Crim.P 32.2(b)(3), and pursuant to the defendants' consent, all right, title and interest of defendant, **CODY RYAN BURGETT**, in the above-described property is hereby forfeited to and vested in the United States of America for disposition in accordance with law, subject to the provisions of Title 21, United States Code, Section 853(n).

That the aforementioned property is authorized to be held by the United States Marshals Service or other authorized agent in this case in their secure custody and control.

Pursuant to 21 U.S.C. § 853(n)(1) the United States is required to "publish notice of the order and of its intent to dispose of the property in such manner as the Attorney General may direct." The United States, exercising the discretion provided it by Supplemental Rule G(4)(a)(iv), has advised the Court that it will satisfy its legal obligation by "posting a notice on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days." Accordingly, the United States shall publish notice on www.forfeiture.gov for at least 30 consecutive days.

In accordance with 21 USC § 853(n)(1)-(3), the notice shall accomplish at least the following:

- provide notice of the entry of this order
- declare the United States' intent to dispose of the property in such manner as the

Attorney General may direct;

- explain that any person, other than the defendant, having or claiming a legal interest in any of the above-described forfeited property must file a petition with the Court within 60 days of the first date of publication of notice (which date shall be set forth in the notice);

- provide the Clerk's address for filing of the petition;

- explain that the petition shall be signed by the petitioner under penalty of perjury; and

- explain that the petition shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioners's acquisition of the right, title, or interest, and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

After the disposition of any motion filed under Fed. R. Crim. P.32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon showing that such discovery is necessary or desirable to solve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2) for the filing of third-party petitions.

Pursuant to Fed. R. Crim. P. 32.2(b)(3), and the Plea Agreement signed by the parties, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of

sentencing and shall be made part of the sentence included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The Clerk of the Court shall forward three (3) certified copies of this Order to Assistant U.S. Attorney Gina S. Vann, U.S. Attorney's Office, Southern District of Alabama.

DONE and ORDERED this 25th day of March, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE