IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 11-00004-CG |
| | * | |
| CODY RYAN BURGETT | * | |
| Defendant. | | |

FINAL JUDGMENT OF FORFEITURE

On March 9, 2011, a Plea Agreement was entered by the Defendant, **CODY RYAN BURGETT**, to Count One of the indictment.  As a condition of his guilty plea, the defendant, **CODY RYAN BURGETT,** confessed the forfeiture of all the properties which facilitated his criminal activities as set forth in the forfeiture allegation of the indictment and which is forfeitable to the United States pursuant to Title 18 United States Code, Section 982.  Pursuant to the Plea Agreement, defendant **CODY RYAN BURGETT**, agreed to forfeit the following property:

(1)  **One HP computer tower, serial number CNH721123;**

(2) **One HP monitor, serial number CNC720PNJX; and**

(3) **One DeskJet 2050 printer/scanner/copier, serial number CN0802J00R;  all of which were seized from 20500 Dubose Road, Summerdale, Alabama on or  about January 11, 2011.**

The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting March 29, 2011, on www.forfeiture.gov.  A Proof of

Publication was filed on May 10, 2010, (Doc. 15), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 21, United States Code, Section 982, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

**(1) One HP computer tower, serial number CNH721123;**

**(2) One HP monitor, serial number CNC720PNJX; and**

**(3) One DeskJet 2050 printer/scanner/copier, serial number CN0802J00R; all of which were seized from 20500 Dubose Road, Summerdale, Alabama on or about January 11, 2011.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Gina S. Vann.

**DONE and ORDERED** this 8th day of June, 2011.

/s/ Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE