# IN THE UNITED STATES DISTRICT COURT FOR
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CR. NO. 11-00004-CG |
| CODY RYAN BURGETT, | * | |
| Defendant. | * | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc the judgment entered in the above styled case on June 21, 2011, to read as follows:

"The defendant shall forfeit his interest in the property as set forth in the Final Judgment of Forfeiture entered on June 8, 2011 (Doc. 20).."

**DONE and ORDERED** this 22nd day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE